JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
Lakeview Loan Servicing, LLC, its assignees and/or successors, by and through its servicing agent M&T Bank

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:                                             § Case Number: 15-27439
                                                   §
**Terrance Dewayne Flournoy,**                     § Chapter: 7
                                                   §
        Debtor.                                    §

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004**

　　　PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Lakeview Loan Servicing, LLC, its assignees and/or successors, by and through its servicing agent M&T Bank in the above-referenced bankruptcy case.

　　　McCarthy & Holthus, LLP and Lakeview Loan Servicing, LLC, its assignees and/or successors, by and through its servicing agent M&T Bank hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| M&T Bank | Jennifer C. Wong, Esq. |
| P.O. Box 840 | c/o McCarthy & Holthus, LLP |
| Buffalo, NY 14240 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |

M&H File No. CA-15-119655

1     Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Lakeview Loan Servicing, LLC, its assignees and/or successors and/or M&T Bank must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 10/09/2015                        McCarthy & Holthus, LLP

By:  /s/ Jennifer C. Wong
     Jennifer C. Wong, Esq.
     Attorneys for Lakeview Loan Servicing, LLC, its assignees and/or successors, by and through its servicing agent M&T Bank

M&H File No. CA-15-119655

1 | JaVonne M. Phillips, Esq. SBN 187474
2 | Jennifer C. Wong, Esq. SBN 246725
  | **McCarthy & Holthus, LLP**
3 | 1770 Fourth Avenue
  | San Diego, CA 92101
4 | Phone (877) 369-6122
5 | Fax (619) 685-4811

6 | Attorneys for
7 | Lakeview Loan Servicing, LLC, its assignees and/or successors, by and through its servicing agent M&T Bank

8
9
10 | UNITED STATES BANKRUPTCY COURT
11 | EASTERN DISTRICT OF CALIFORNIA
12 | SACRAMENTO DIVISION
13
14 | In re:                                  ) Case No. 15-27439
15 |                                         )
   | Terrance Dewayne Flournoy,              )
16 |                                         ) Chapter 7
17 |        Debtor.                          )
18 |                                         )
   |                                         )
19 |                                         ) **PROOF OF SERVICE**
20 |                                         )
21 |                                         )
22 |                                         )
23 |                                         )
24 |                                         )
25 |                                         )
   |                                         ) Judge:  Michael S. McManus
26 |                                         )
27 |                                         )
28 |                                         )
29

# CERTIFICATE OF SERVICE

On 10/9/2015, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**
Terrance Dewayne Flournoy, 4113 Glascow Dr., North Highlands, CA 95660

**DEBTOR(S) COUNSEL**
Michael David Croddy, 331 J Street, Suite 200, Sacramento, CA 95814

**TRUSTEE**
Geoffrey Richards, PO Box 579, Orinda, CA 94563

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 10/9/2015        /s/ Christian Aguilar
                        Christian Aguilar