```
                           United States Bankruptcy Court
                            Eastern District of California

In re:                                                                 Case No. 15-27439-A
Terrance Dewayne Flournoy                                              Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0972-2           User: admin              Page 1 of 2                Date Rcvd: Oct 29, 2015
                               Form ID: L30             Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2015.
```
db             +Terrance Dewayne Flournoy, Jr.,    4113 Glascow Dr.,    North Highlands, CA 95660-4121
aty            +Jennifer C. Wong,    1770 4th Ave,    San Diego, CA 92101-2607
aty            +Michael David Croddy,    331 J Street, Suite 200,    Sacramento, CA 95814-2220
cr             +Lakeview Loan Servicing, LLC,    M&T Bank,   PO Box 840,    Buffalo, NY 14240-0840
cr             +Lakeview Loan Servicing, LLC,    c/o McCarthy & Holthus, LLP,    1770 4th Ave,
                 San Diego, CA 92101-2607
21603394       +AT T Broadband,   P O Box 802068,    Dallas TX 75380-2068
21603395       +AT T Wireless,   P O Box 9134,    Needham Heights MA 02494-9134
21603398       +Bank of America N A,    FDIC Certificate 3510,    100 North Tryon St,    Charlotte NC 28202-4031
21603397       +Bank of America N A,    CA Secretary of State Entity C2551762,    Attn C T Corporation System,
                 818 West Seventh St,    Los Angeles CA 90017-3425
21603399       +Capital One,   1680 Capital One Drive,    Mc Lean VA 22102-3407
21603400        Capital One,   P O Box 30281,    Salt Lake City UT 84130-0281
21603401       #+Comcast,   4450 East Commerce Way,    Sacramento CA 95834-9626
21603403       +Comenity Bank,    Bankrutpcy Dept,   P O Box 182125,    Columbus OH 43218-2125
21603406       +Credit One Bank,    8875 Aero Dr STE,    San Diego CA 92123-2251
21603407      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    P O Box 54000,    Los Angeles CA 90054-1000)
21603409       +GE Capital,    ATTN C T Corporation System,    818 West Seventh Street,
                 Los Angeles CA 90017-3407
21603410       +GE Capital Financial,    6510 Milllrock Drive Suite 200,    Salt Lake City UT 84121-5996
21603412       +Infinity Services,    4225 Northgate Blvd 5,    Sacramento CA 95834-1233
21603414       +Kay Jewlers,    1689 Arden Way Space 1096 Arden Fair,    attn Officer authorised to receive,
                 service of Process,    Sacramento CA 95815-4096
21603415       +Lanisha Stanley,    7789 Amlterst,    Sacramento CA 95832-1177
21603418       +M T Bank Mortgage,    P O Box 1288,    Buffalo NY 14240-1288
21603419       +MED 1 02 Inage Orthodonics,    c o Reciv Recov,    110 Veterans Memorial Suite 445,
                 Metairie LA 70005-4931
21603421       +Patelco Credit Union,    NCUA Charter 68579,    5050 Hopyard Rd,    Pleasanton CA 94588-3353
21603422       +Sacramento County District Attorney,    20 Bicentennial Cir,    Sacramento CA 95826-2802
21603423       +Sacramento County Sheriffs Offices,    Case 34-2013-00152910,
                 Sheriffs Civil Division File 15-16252,    3341 Power Inn Road 313,    Sacramento CA 95826-3835
21603426       +Sprint,   9050 Fairway Dr,    Roseville CA 95678-1989
21603427        Steller Recovery,    1845 U S Highway 93 S,    Kalispell MT 59901-5721
21603428       +Stonewood Insurance,    11255 Sunrise Gold St,    Rancho Cordova CA 95742-6559
21603429       +Superior Court of State of California,    County of Sacramento Sac Jud Dist,    720 9th St,
                 Case 34-2013-00152910,    Sacramento CA 95814-1302
21603431       +Two Jin,    c o Tilton Recovery,    5405 Alton Parkway Suite 4623,    Irvine CA 92604-3717
21603432       +U S Attorney,    for Internal Revenue Service,    501 I Street Suite 10-100,
                 Sacramento CA 95814-7306
21603433       +U S Dept of Justice IRS,    Civil Trial Sect West Region,    P O Box 683 Ben Franklin Station,
                 Washington DC 20044-0683
21603436        US Cash Advance,    7953 Mall Road,    Florence KY 41042-1438
21603434       +Ultra Jewlers Kay Jewlers,    1689 Arden Way Space 1096 Arden Fair,
                 attn Officer authorised to receive,    service of Process,    Sacramento CA 95815-4096
21603435       +Universal Recovery Corp,    2880 Sunrise Blvd Ste 138,    Rancho Cordova CA 95742-6103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +E-mail/Text: ecfgrtrustee@pacbell.net Oct 30 2015 02:05:35     Geoffrey Richards,    PO Box 579,
                 Orinda, CA 94563-0554
21603393        E-mail/Text: g17768@att.com Oct 30 2015 02:05:38      AT T,    P O Box 989029,
                 West Sacramento CA 95798-9029
21603396       +E-mail/Text: g17768@att.com Oct 30 2015 02:05:38      AT T Bankruptcy Dept,    P O Box 769,
                 Arlington TX 76004-0769
21603402        E-mail/Text: WST_Bankruptcy@cable.comcast.com Oct 30 2015 02:06:37      Comcast Cable,
                 P O Box 34227,    Seattle WA 98124-1227
21603404       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 30 2015 02:06:43
                 Credit Collection Services,    Two Wells Avenue,    Newton Center MA 02459-3246
21603405        E-mail/Text: creditonebknotifications@resurgent.com Oct 30 2015 02:05:42     Credit One Bank,
                 P O Box 60500,    City Of Industry CA 91716-0500
21603408        E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 30 2015 02:06:45      Franchise Tax Board,
                 Bankruptcy Section MS A-340,    P O Box 2952,    Sacramento CA 95812-2952
21603411        E-mail/Text: bankruptcy@icsystem.com Oct 30 2015 02:06:32      IC Systems Inc,
                 444 Highway 96 East,    P O Box 64887,    Saint Paul MN 55164-0887
21603413        E-mail/Text: cio.bncmail@irs.gov Oct 30 2015 02:05:52      Internal Revenue Service,
                 P O Box 7346,    Philadelphia PA 19101-7346
21603416       +E-mail/Text: bankruptcy@loanme.com Oct 30 2015 02:06:42      Loan Me,
                 1900 S State Colleve Blvd 300,    Anaheim CA 92806-6152
21603417       +E-mail/Text: camanagement@mtb.com Oct 30 2015 02:05:57     M T Bank,    P O Box 900,
                 Millsboro DE 19966-0900
21603420       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2015 02:06:04      Midland Credit Management,
                 P O Box 1259 - Dept 12421,    Oaks PA 19456-1259
21603424       +E-mail/Text: bankruptcy@safecu.org Oct 30 2015 02:06:24      SAFE Credit Union,
                 NCUA Charter 68366,    Attn Henry Wirz,    3720 Madison Ave,    North Highlands CA 95660-5024
```

```
District/off: 0972-2          User: admin              Page 2 of 2              Date Rcvd: Oct 29, 2015
                              Form ID: L30             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
21603425       +E-mail/Text: bankruptcy@safecu.org Oct 30 2015 02:06:24      SAFE Credit Union,
                 CA Secretary of State Entity C2115917,    Attn David F Roughton,    3720 Madison Ave,
                 North Highlands CA 95660-5024
21603392       +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Oct 30 2015 02:06:00
                 U S D O J - Office of the U S Trustee,    Eastern District of CA Sacramento,
                 Robert T Matsui U S Courthouse,    501 I St 7th Floor Room 7-500,    Sacramento CA 95814-7304
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21603430      ##+The Best Service Company Inc,    10780 Santa Monica Blvd 140,    Los Angeles CA 90025-7613
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

Case 15-27439   Filed 10/29/15   Doc 11

FORM L30 Notice of Filing Report of No Distribution Combined with Order Fixing Deadline to Object ThereTo  (v.8.14)   15–27439 – A – 7

UNITED STATES BANKRUPTCY COURT
Eastern District of California
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# NOTICE OF FILING REPORT OF NO DISTRIBUTION, COMBINED WITH ORDER FIXING DEADLINE TO OBJECT THERETO

| Case Number: | 15–27439 – A – 7 | Last Day to File an Objection: | 11/28/2015 |
|---|---|---|---|

**Debtor Name(s) and Address(es):**
Terrance Dewayne Flournoy Jr.
4113 Glascow Dr.
North Highlands, CA 95660

**Trustee:** Geoffrey Richards
PO Box 579
Orinda, CA 94563

**Telephone Number:** 916–288–8365

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division:   501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:   2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT:**   The trustee in the above case has filed a "Report of No Distribution," stating there are no funds available from the estate for distribution to creditors. The report contains the trustee's certification that the estate has been fully administered.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT:**   Unless an objection is filed by the United States Trustee or a party in interest on or before the date shown above, the Court will presume the estate fully administered and proceed to close the case. Any objection shall state with particularity the grounds therefor (see **NOTE** below), and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under *Court Calendars* on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served on the trustee, and unless filed by the United States Trustee, transmitted to the Office of the United States Trustee by the objecting party on or before the date of filing with the Clerk. Proof of Service and transmittal of the objection, notice of hearing, and any supporting documents shall be filed concurrently with such pleadings, or within (3) court days.

If no objections are filed, no hearing will be calendared, and after the resolution of any pending matter and the entry of an order granting or denying the debtor's(s') discharge, the Court will, without further notice, enter an order discharging the trustee and closing the case.

Dated:
10/29/15

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed (except in an asset case where the trustee made a distribution in accordance with 11 U.S.C. Section 726, but improperly failed to include the objecting party in such distribution); and return of property.